IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FIREMAN'S FUND INSURANCE COMPANY,
MEDICAL LIABILITY MUTUAL INSURANCE COMPANY
f/k/a HEALTHCARE UNDERWRITERS MUTUAL INSURANCE
COMPANY                                                                                         PLAINTIFFS

VS.                                               NO: 2:05CV00072

EVERGREENE PROPERTIES OF
NORTH CAROLINA, LLC                                                                  DEFENDANT

**ORDER**

Pending is Plaintiffs' unopposed motion for an order to disclose settlement amount. (Docket # 97). For good cause shown, the motion is GRANTED. Defendant is directed to disclose to the Plaintiffs the terms and conditions of the settlement agreement and general release executed in connection with the nursing home suit at issue herein. The documents disclosed to Plaintiffs may be used solely for the prosecution and defense of this case. The documents may not be disclosed to third parties without application to the Court. If the terms or conditions of the underlying settlement are discussed in any pleading filed with the Court, such pleading should be filed under seal.

IT IS SO ORDERED this 2nd day of November, 2006.

_____
James M. Moody
United States District Judge