**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

FIREMAN'S FUND INSURANCE COMPANY,
MEDICAL LIABILITY MUTUAL INSURANCE COMPANY
f/k/a HEALTHCARE UNDERWRITERS MUTUAL INSURANCE
COMPANY                                                                                          PLAINTIFFS

VS.                                                    NO: 2:05CV00072

EVERGREENE PROPERTIES OF
NORTH CAROLINA, LLC                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law set forth in an Order entered this date, it is hereby CONSIDERED, ORDERED, and ADJUDGED that Fireman's Fund Insurance Company, Medical Liability Mutual Insurance Company f/k/a Healthcare Underwriters Mutual Insurance Company are hereby entitled to recover from Evergreene Properties of North Carolina, LLC the sum of $67,500.00, together with post-judgment interest thereon from this date until paid accruing at the rate of 3.72% per annum as provided by law.

DATED this 19th day of November, 2007.

_____
James M. Moody
United States District Judge